UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES BLUNT,

     Petitioner,                                   Case Number: 4:08-CV-14808

vs.

                                                   HON. MARK A. GOLDSMITH

MARY BERGHUIS,

     Respondent.

_____/

## JUDGMENT

This matter having come before the Court on Defendant's Motion for Summary

Judgment, the Honorable Mark A. Goldsmith, United States District Judge, presiding, and in

accordance with the Order entered on this date;

IT IS ORDERED AND ADJUDGED that the petition for a writ of habeas corpus is

denied.

                        DAVID WEAVER
                        CLERK OF THE COURT

           By:     s/Lisa Wagner for Deborah Goltz
                        DEPUTY COURT CLERK

Dated: 4/5/2011

Approved by:

 s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

13