UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES BLUNT,

       Petitioner,

                                        Case No. 08-cv-14808

v.

                                        HON. MARK A. GOLDSMITH

MARY BERGHUIS,

       Respondent.

_____/

**OPINION AND ORDER**
**DENYING PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT (Dkt. 39) AND**
**PETITIONER'S "MOTION REQUESTING THAT THE COURT GRANT 60(B)(2)(6)**
**AND 60(D)(3)" (Dkt. 40)**

      Petitioner Charles Blunt is once again before the Court to challenge the disposition of his self-representation claim. The Court denied Petitioner's pro se petition for a writ of habeas corpus on April 5, 2011. See 4/5/2011 Op. & Order (Dkt. 13). The United States Court of Appeals for the Sixth Circuit affirmed the Court's decision on November 20, 2012. Blunt v. Woods, 505 F. App'x 569 (6th Cir. 2012). Petitioner then filed a motion for relief from judgment (Dkt. 26). The Court denied that motion, see 10/15/2013 Op. & Order (Dkt. 27), and also denied Petitioner's motion for reconsideration (Dkt. 30), see 6/9/2014 Op. & Order (Dkt. 31). The Sixth Circuit denied Petitioner's application for a certificate of appealability from the Court's denial of his motion for relief from judgment. 10/27/2014 Order (Dkt. 37).

      In the instant motions, Petitioner again seeks relief under Federal Rules of Civil Procedure 60(b) and 60(d). He rehashes arguments concerning the Michigan Court of Appeals' conclusion that, contrary to Petitioner's representations to the trial court, he had not successfully represented himself previously. He argues that the record shows to the contrary. The motions

provide no persuasive evidence or argument establishing that a fraud was committed upon the Court or any other new evidence entitling Petitioner to relief from judgment.

Therefore, the Court denies Petitioner's "Motion for Relief from Judgment Pursuant to Rule 60(B) & 60(d)(2)(3)" (Dkt. 39) and "Motion Requesting that the Court Grant 60(b)(2)(6) and 60(d)(3)" (Dkt. 40).

SO ORDERED.

Dated: August 26, 2016　　　　　　　　　　　s/Mark A. Goldsmith
　　　　Detroit, Michigan　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 26, 2016.

　　　　　　　　　　　　　　　　　　　　　　s/Karri Sandusky
　　　　　　　　　　　　　　　　　　　　　　Case Manager